IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 19-cv-01947-PAB-NRN

TEDDY PITTMAN,

Plaintiff,

v.

CITY OF AURORA,
OFFICER KEVIN PALACIO,
OFFICER DARIAN DASKO,
OFFICER DANIEL VEITH, and
OFFICER RYAN BURKE,

Defendants.

_____

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**
_____

This matter is before the Court on the Recommendation of United States Magistrate Judge N. Reid Neureiter filed on October 23, 2020 [Docket No. 109]. The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on October 23, 2020. No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party

objects to those findings.").  In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[1]  Fed. R. Civ. P. 72(b), Advisory Committee Notes.  Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law.  Accordingly, it is

      **ORDERED** as follows:

      1.  The Recommendation of United States Magistrate Judge N. Reid Neureiter [Docket No. 109] is **ACCEPTED**;

      2.  Defendant City of Aurora's Motion to Dismiss Plaintiff's Second Amended Complaint and Jury Demand [Docket No. 90] is **DENIED**; and

      3.  Motion to Dismiss on Behalf of Defendants Palacio, Dasko, Veith, and Burke [Docket No. 93] is **DENIED**.

DATED November 10, 2020.

                        BY THE COURT:

                        PHILIP A. BRIMMER
                        Chief United States District Judge

---

[1]This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed. R. Civ. P. 72(b).