# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01947-NRN-PAB

TEDDY PITTMAN,

    Plaintiff,

v.

CITY OF AURORA,
OFFICER KEVIN PALACIO,
OFFICER DARIAN DASKO,
OFFICER DANIEL VEITH, and
OFFICER RYAN BURKE,

    Defendants.

---

**NOTICE OF FILING RESTRICTED EXHIBITS TO PLAINTIFF TEDDY PITTMAN'S MOTION FOR SPOLIATION SANCTIONS DUE TO DEFENDANT CITY OF AURORA'S DESTRUCTION OF RELEVANT EVIDENCE [ECF 122]**

---

PLEASE TAKE NOTICE that Plaintiff Teddy Pittman, by and through undersigned counsel, will file the following exhibits to his Motion for Spoliation Sanctions [ECF 122] under Level 1 Restriction in compliance with the Protective Order [ECF 64] entered in this case on March 5, 2020:

    Exhibit J – Internal Affairs Investigation File Excerpts

    Exhibit L – Confidential Incident and Public Web Report Investigations

Dated: January 25, 2021                     Respectfully submitted,

                                            *s/ Kevin D. Homiak*
                                            Kevin D. Homiak
                                            HOMIAK LAW LLC
                                            1001 Bannock Ave., Suite 238
                                            Denver, Colorado 80204
                                            Tel: (505) 385-2614
                                            Email: kevin@homiaklaw.com

                                            *Attorney for Plaintiff Teddy Pittman*

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on January 25, 2021, I electronically filed and served the foregoing **NOTICE OF FILING RESTRICTED EXHIBITS TO PLAINTIFF TEDDY PITTMAN'S MOTION FOR SPOLIATION SANCTIONS DUE TO DEFENDANT CITY OF AURORA'S DESTRUCTION OF RELEVANT EVIDENCE [ECF 122]** using the following email addresses:

- Ann Baumgartner Smith
  asmith@vaughandemuro.com

- Charles Anthony Piekarski
  cpiekars@auroragov.org

- Gordon Lamar Vaughan
  gvaughan@vaughandemuro.com

- Isabelle Sabra Evans
  ievans@auroragov.org

             *s/ Kevin D. Homiak*
             Kevin D. Homiak